## MITCHELL *vs.* STETSON.

[WARNER, Chief Justice, being engaged in presiding over the senate organized as a court of impeachment, did not sit in this case.]

Two years' reservation of the use and possession of land sold a few weeks before judgment by an insolvent debtor destroys the validity of the conveyance so far as such judgment creditor is concerned. *59 Ga., 443.*

JACKSON, Justice.